AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Orrick, William H. | U.S. District Court, Northern District of California | 11/09/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ✔ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Trustee | Trust #2 |
| 3. Co-Trustee | Trust #3 |
| 4. Trustee | Trust #4 |
| 5. Trustee | Trust #5 |
| 6. Trustee | Trust #6 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 11/09/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self-employed artist |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 11/09/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 11/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. First Republic checking accounts | A | Interest | L | T | | | | | |
| 2. Beneficial State Bank (f k a OnePacificCoast Bank) accounts | A | Interest | K | T | | | | | |
| 3. Rental property #1, [redacted] CA | E | Rent | P1 | W | | | | | |
| 4. Vanguard Int'l Growth Fund | B | Dividend | M | T | | | | | |
| 5. Vanguard Int'l Growth Fund | B | Dividend | M | T | | | | | |
| 6. Dodge & Cox Stock Fund | E | Dividend | N | T | Sold<br>(part) | 02/04/19 | L | E | |
| 7. | | | | | | | | | |
| 8. 401K #1(H) | | | | | | | | | |
| 9. - Dodge & Cox Stock Fund | G | Dividend | P1 | T | | | | | |
| 10. - Fidelity Diversified International Fund | A | Dividend | O | T | | | | | |
| 11. - Fidelity 500 Index Fund | E | Dividend | P1 | T | | | | | |
| 12. - Vanguard Total Bond Market | D | Int./Div. | M | T | | | | | |
| 13. | | | | | | | | | |
| 14. 401k#2(H) | | | | | | | | | |
| 15. -Vanguard Target 2020 Fund | E | Dividend | O | T | | | | | |
| 16. -Vanguard Int'l Growth Fund | C | Dividend | M | T | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Orrick, William H.** | 11/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   Trust #1(H) | | | | | | | | | |
| 19.   -12% interest in rental property #1, ▓▓▓, CA. | | None | O | W | | | | | |
| 20.   - General Electric Com | C | Dividend | L | T | | | | | |
| 21.   - IBM Com | D | Dividend | M | T | | | | | |
| 22.   - Eli Lilly & Co Com | C | Dividend | M | T | | | | | |
| 23.   - Merck & Co Com | B | Dividend | L | T | | | | | |
| 24.   - Pfizer Com | C | Dividend | L | T | | | | | |
| 25.   - Proctor & Gamble Com | D | Dividend | N | T | Sold (part) | 09/10/19 | K | E | |
| 26.   - Rayonier Com | A | Dividend | | | Sold | 09/10/19 | J | C | |
| 27.   -Vanguard Index | B | Dividend | L | T | | | | | |
| 28.   - JM Smucker Com | A | Dividend | | | Sold | 09/10/19 | J | C | |
| 29.   - First Republic Bank account | A | Interest | J | T | | | | | |
| 30. | | | | | | | | | |
| 31.   Trust #2(H) | | | | | | | | | |
| 32.   -3M Co Com | B | Dividend | K | T | | | | | |
| 33.   - American Express Co Com | A | Dividend | L | T | | | | | |
| 34.   -AT&T | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 11/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Bank of America Com | B | Dividend | M | T | | | | | |
| 36. -Bank of New York Mellon Com | B | Dividend | L | T | | | | | |
| 37. - BB&T Corp Com | A | Dividend | K | T | | | | | |
| 38. - Boston Scientific Corp Com | | None | K | T | | | | | |
| 39. - Cadence Design System Inc Com | | None | L | T | | | | | |
| 40. - Capital One Fin'l Corp Com | A | Dividend | L | T | | | | | |
| 41. - Charles Schwab Corp | B | Dividend | M | T | | | | | |
| 42. - Charter Communications | | None | M | T | | | | | |
| 43. -Chevron Corp Com | B | Dividend | L | T | | | | | |
| 44. -Cisco Systems | B | Dividend | L | T | | | | | |
| 45. -Comcast Corp new CLA com | C | Dividend | M | T | | | | | |
| 46. - Corning | A | Dividend | K | T | | | | | |
| 47. -Corteva | A | Dividend | J | T | | | | | |
| 48. -DXC Technology | A | Dividend | J | T | | | | | |
| 49. - Diageo PLC Spon ADR New | A | Dividend | K | T | | | | | |
| 50. -Dodge and Cox Stock Fund | D | Dividend | N | T | | | | | |
| 51. Dow Inc | A | Dividend | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Orrick, William H.** | 11/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Dow DeNemours Inc | A | Dividend | K | T | | | | | |
| 53. - Eli Lilly Com | A | Dividend | K | T | | | | | |
| 54. - Ericcson L M Tel Co ADR B SEK 10 | A | Dividend | J | T | | | | | |
| 55. - Fedex Corp Com | B | Dividend | L | T | | | | | |
| 56. - Fox Corp | A | Dividend | K | T | Sold (part) | 03/19/19 | K | E | |
| 57. - General Electric Com | A | Dividend | K | T | | | | | |
| 58. -Hewlett Packared Ente | A | Dividend | K | T | | | | | |
| 59. - Home Depot Inc Com | B | Dividend | L | T | | | | | |
| 60. - HP Inc. | B | Dividend | L | T | | | | | |
| 61. - IBM Com | B | Dividend | K | T | | | | | |
| 62. - Johnson Controls Interactive | A | Dividend | K | T | | | | | |
| 63. - Quarate Retail (f.k.a. Liberty Interactive Corporation Int Com Ser A | | None | J | T | | | | | |
| 64. - Medtronic, Inc Com | B | Dividend | L | T | | | | | |
| 65. - Merck & Co New Com | B | Dividend | L | T | | | | | |
| 66. -Micro Focus Int'l | D | Dividend | J | T | | | | | |
| 67. - Microsoft Com | C | Dividend | M | T | Sold (part) | 07/02/19 | J | D | |
| 68. -NetApp | A | Dividend | K | T | | | | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Orrick, William H.** | 11/09/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  -Novartis ADR | B | Dividend | L | T | | | | | |
| 70.  - Pfizer Com | C | Dividend | L | T | | | | | |
| 71.  - Proctor & Gamble Com | B | Dividend | L | T | | | | | |
| 72.  - Roche Hldg Ltd Spon ADR | B | Dividend | L | T | | | | | |
| 73.  - Sanofi Spon ADR | B | Dividend | K | T | | | | | |
| 74.  - Sprint Nextel Corp com ser 1 | | None | | | Sold | 04/30/19 | J | B | |
| 75.  - Target Corp Com | A | Dividend | K | T | | | | | |
| 76.  - TE Connectivity Ltd Reg com shs | B | Dividend | L | T | | | | | |
| 77.  - Travelers Companies Inc Com | A | Dividend | K | T | | | | | |
| 78.  -Truist Fin'l Corp | B | Dividend | L | T | | | | | |
| 79.  - Union Pacific Com | B | Dividend | L | T | | | | | |
| 80.  - United Health Group | B | Dividend | L | T | | | | | |
| 81.  - US Bancorp Del com new | A | Dividend | K | T | | | | | |
| 82.  - Vulcan Materials Co Com | A | Dividend | K | T | | | | | |
| 83.  - Walmart Stores Inc Com | A | Dividend | K | T | | | | | |
| 84.  -Walt Disney Cor | A | Dividend | L | T | | | | | |
| 85.  -Wells Fargo & Co | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - Schwab CA Muni Money Fund | A | Interest | J | T | | | | | |
| 87. | | | | | | | | | |
| 88.   Trust # 3(H) | | | | | | | | | |
| 89.   - Santa Clara Vy Calif Transn Auth Sales T Sales Tax Rev Bd | | None | | | Matured | 04/01/19 | K | A | |
| 90.   - LA Cty Calif Met Transn Auth S Meas. R senior sales tax bd | | None | | | Matured | 07/01/19 | K | A | |
| 91.   - Santa Clara Ca Uni Sch Dist GO Bds | | None | | | Matured | 07/01/19 | K | A | |
| 92.   - LA Calif Uni Sch Dist GO | A | Interest | K | T | | | | | |
| 93.   - 3M Co Com | B | Dividend | K | T | | | | | |
| 94.   - Aegon N V NY Registry sh ADR | A | Dividend | J | T | | | | | |
| 95.   - American Express Co Com | A | Dividend | K | T | | | | | |
| 96.   - Berkshire Hathaway Inc Del Cl B new Com | | None | K | T | | | | | |
| 97.   - Capital One Fin'l Corp Com | A | Dividend | L | T | | | | | |
| 98.   - Charter Communications | | None | J | T | | | | | |
| 99.   - Charles Schwab Corp new com | A | Dividend | L | T | | | | | |
| 100.   - Chevron Corp Com | B | Dividend | K | T | | | | | |
| 101.   - Comcast Corp new cl A com | C | Dividend | M | T | | | | | |
| 102.   -Corteva | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 11/09/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -DXC Technology (x) | A | Dividend | K | T | | | | | |
| 104.  Dodge and Cox Stock Fund | D | Dividend | L | T | | | | | |
| 105.  - Dow Inc. | B | Dividend | K | T | | | | | |
| 106.  -Dow DeMours Inc | A | Dividend | K | T | | | | | |
| 107.  - Ericcson LM Tel Co ADR B sek 10 | A | Dividend | J | T | | | | | |
| 108.  - Exxon Mobil Corp Com | C | Dividend | L | T | | | | | |
| 109.  - Fedex Corp Com | A | Dividend | K | T | | | | | |
| 110.  - Fox Corp | A | Dividend | K | T | Sold (part) | 03/19/19 | K | E | |
| 111.  - General Electric Com | A | Dividend | L | T | | | | | |
| 112.  - HP Inc. | B | Dividend | L | T | | | | | |
| 113.  -Hewlett Packard Ente | B | Dividend | K | T | | | | | |
| 114.  -Home Depot Com | C | Dividend | M | T | | | | | |
| 115.  - Honeywell Int'l Com | B | Dividend | L | T | | | | | |
| 116.  - HP Inc. | B | Dividend | L | T | | | | | |
| 117.  - IBM Com | C | Dividend | L | T | | | | | |
| 118.  - Kimberly Clark Corp Com | A | Dividend | K | T | | | | | |
| 119.  - Eli Lilly & Co Com | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 11/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Medtronic | A | Dividend | L | T | | | | | |
| 121.  - Merck & Co Com | B | Dividend | L | T | | | | | |
| 122.  - Microsoft | A | Dividend | L | T | | | | | |
| 123.  - Novartis AG Spons ADR | B | Dividend | L | T | | | | | |
| 124.  - Pfizer Com | D | Dividend | M | T | | | | | |
| 125.  - Proctor & Gamble Co Com | B | Dividend | L | T | | | | | |
| 126.  - Sanofi Spons ADR | A | Dividend | K | T | | | | | |
| 127.  - Sprint Nextel Corp com ser 1 | | None | | | Sold | 04/30/19 | J | A | |
| 128.  - Target Corp Com | B | Dividend | L | T | | | | | |
| 129.  - TE Connectivity Ltd Reg Shs Com | B | Dividend | L | T | | | | | |
| 130.  - Travelers Companies Inc Com | D | Dividend | M | T | | | | | |
| 131.  - Union Pac Corp Com | C | Dividend | M | T | | | | | |
| 132.  - Walmart Stores Com | B | Dividend | K | T | Sold (part) | 06/03/19 | K | D | |
| 133.  - Wells Fargo & Co new com | D | Dividend | N | T | | | | | |
| 134.  - Schwab CA Muni Money Fund | A | Dividend | K | T | | | | | |
| 135. | | | | | | | | | |
| 136.  TIAA-CREF: Cref Stock Fund | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 11/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  TIAA Traditional Annuity | | None | J | T | | | | | |
| 138. | | | | | | | | | |
| 139.  Trust #4 : Dodge & Cox Stock Fund | F | Dividend | N | T | Sold<br>(part) | 11/05/19 | K | E | |
| 140.  Trust #5: Dodge & Cox Stock Fund | G | Dividend | P1 | T | | | | | |
| 141.  Trust #6: Dodge & Cox Stock Fund | F | Dividend | O | T | Sold<br>(part) | 01/02/19 | J | A | |
| 142. | | | | | Sold<br>(part) | 02/01/19 | J | A | |
| 143. | | | | | Sold<br>(part) | 03/01/19 | J | A | |
| 144. | | | | | Sold<br>(part) | 04/01/19 | J | A | |
| 145. | | | | | Sold<br>(part) | 04/17/19 | K | D | |
| 146. | | | | | Sold<br>(part) | 04/25/19 | K | D | |
| 147. | | | | | Sold<br>(part) | 05/01/19 | J | A | |
| 148. | | | | | Sold<br>(part) | 06/01/19 | J | A | |
| 149. | | | | | Sold<br>(part) | 07/01/19 | J | A | |
| 150. | | | | | Sold<br>(part) | 08/01/19 | J | A | |
| 151. | | | | | Sold<br>(part) | 09/01/19 | J | A | |
| 152. | | | | | Sold<br>(part) | 10/01/19 | J | A | |
| 153. | | | | | Sold<br>(part) | 11/01/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 11/09/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold<br>(part) | 12/01/19 | J | A | |
| 155. | | | | | | | | | |
| 156.   Orphagen Pharmaceuticals preferred shares | None | | J | W | | | | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, I have listed Rental Property #1 twice, in lines 3 and 19. 12% of the property is held in Trust #1 (line 19), and 21 1/3% is owned by me separately (line 3), and the gross values of those percentage interests are estimated accordingly. Rental Property #1 is rented--my share of the gross rent is reflected on line 3.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William H. Orrick**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544